UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------X
PARAMOUNT PICTURES CORPORATION,  :
a Delaware corporation,
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　:　　Civil Action No.
　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　:
CHRIS MOUKARBEL,
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------X

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff which have any outstanding securities in the hands of the public:

　　　　PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

NY496536.1
20282810023
06/14/2006 and

These representations are made in order that judges of this court may determine the need for recusal.

Dated: 6/16/06

Respectfully submitted,

*[signature]*

Stanley M. Brand (D.C. Bar No. 213082)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 662-9700
Fax: (202) 737-7565

Jonathan Zavin
Alexandra N. DeNeve
Sunny S. Park
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990

Attorneys for Plaintiff
Paramount Pictures Corporation