UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------ X
: 
PARAMOUNT PICTURES CORPORATION, :
a Delaware corporation, :
 :
      Plaintiff, :
 : Civil Action No.
  v. :
 :
CHRIS MOUKARBEL, :
 :
      Defendant. :
------------------------------------------------------------ X

**PLAINTIFF PARAMOUNT PICTURES CORPORATION'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOW HERE COMES Plaintiff Paramount Pictures Corporation ("Paramount"), by its attorneys, on June 16, 2006, at 10 a.m., to respectfully request this Court to consider its motion for temporary restraining order and preliminary injunction (the "Motion"), and grant the requested expedited relief against the Defendant enjoining him from infringing Paramount's valuable copyright. The Motion is based on Defendant's intentional infringement of the screenplay for the major motion picture entitled *World Trade Center*, to which Paramount owns the exclusive rights under the Copyright Law of the United States. Paramount has properly given Defendant the required notice under Local Rule 65.1.

WHEREFORE, Paramount respectfully requests that the motion be granted and that the Court enter an Order in the proposed form submitted herewith, temporarily restraining the Defendant from, among other things, further distribution of his

infringing work, until a hearing can be held on Plaintiff's Motion for a preliminary injunction.

Dated: 6/16/06

Respectfully Submitted,

/s/

STANLEY M. BRAND
D.C. Bar # 213082
ANDREW D. HERMAN
D.C. Bar # 462334
BRAND LAW GROUP
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

JONATHAN ZAVIN
ALEXANDRA N. DENEVE
SUNNY S. PARK
LOEB & LOEB LLP
345 Park Avenue
New York, N.Y. 10154
(212) 407-4000

Attorneys for Plaintiff
Paramount Pictures Corporation