UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------X
:
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,
:
            Plaintiff,     :   Civil Action No.

     v.                                   :

CHRIS MOUKARBEL,
:
            Defendant.    :
------------------------------------------------------------X

**DECLARATION OF KAREN MAGID IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

      I, KAREN MAGID, hereby declare as follows under penalty of perjury:

      1.    I am the Executive Vice President for Motion Picture Legal Affairs at Paramount Pictures Corporation ("Paramount"). I have personal knowledge of the facts set forth herein, and have been authorized to submit this Declaration in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

      2.    Under my supervision, Paramount's Copyright Administrator filed an application with the United States Copyright Office for a United States Copyright Registration for the screenplay entitled *World Trade Center*, dated June 25, 2005 (the "6/25/05 WTC Screenplay").

      3.    On October 14, 2005, a valid and enforceable U.S. Registration, PAu2-991-373, issued for the 6/25/05 WTC Screenplay. Paramount is the exclusive owner of all rights in and to this copyright. A true and correct copy of the certificate issued by the United States Copyright Office is attached to my declaration as Exhibit A.

4. Attached as Exhibit B is a 9 page portion of the registered screenplay. This is the portion of the registered work that has been copied by defendant.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
June 15, 2006

_____
KAREN MAGID