42.

The women look back at the tv. Lynne stands.

                LYNNE
I'm gonna call everyone and cancel.
A den mother's meeting seems a
little dumb right now. Right?

No response, and so she exits. Donna squeezes Judy's hand.

                DONNA
   They're fine.

INT. THE HOLE - 11:15 AM

John and Will are both in terrible pain. They struggle not to let the other know how bad it is.

                WILL
So the bombs exploded out on the
street?

                JOHN
It's like they do in Israel.
   (he grimaces)
Airplane was the first wave. They
waited until we all got in. Cops
and fire. Then they blew up a car
or truck or whatever out on the
street. Blew out the lobby. The
concourse collapsed.

                WILL
The whole goddam concourse?

                JOHN
I dunno. Probably just this area.

                WILL
You think-

                JOHN
   (through gritted teeth)
-We got to figure this out. Where
is the light?

                WILL
Up. Coming from about five feet to
the right and up.

                JOHN
How far up?

43.

                WILL
I dunno. I can see maybe twenty feet up there's still shit in the way.

                JOHN
What else can you see?

                WILL
            (tension rising)
Beams. Plaster. Nothing.

Beat as John swallows another wave of pain.

                JOHN
            (staying calm)
Physically. What do you got?

                WILL
My legs down, I'm useless. I got concrete all over me.

                JOHN
And there's no way you can move it?

                WILL
No. No way.

                JOHN
But you got your arms. You got a tool there you could use? Help you get it off?

Will looks around the still ash-thickened space. There's nothing within reach. Then he feels his body. He gets down to his waist. He locates his handcuffs.

                WILL
I got my cuffs.

Will works to get the cuffs unclipped from his belt. Meanwhile, John once again talks into his radio.

                JOHN
            (into radio)
PAPD McLoughlin and Jimeno. We're trapped in the freight elevator vestibule in the concourse between towers two and one.

He tunes the radio and listens. Crackly static comes back at him once again.

44.

>                    WILL
>           You just getting static?
>
>                    JOHN
>           Yes.
>
>                    WILL
>              (quickly)
>           Maybe they can read us. Maybe we're
>           just not getting them but they can
>           hear us.
>
>                    JOHN
>           Maybe.

But the look on his face reads otherwise.

Will pulls the handcuffs free. He considers how to use them. Then, he opens them up and starts to chip away at the concrete. A fingernail sized piece chips off. He continues to work at it.

Suddenly, a VOICE calls down into the hole:

>                    OFF-SCREEN VOICE
>           Carrera!                                        *

This voice is a mess. It belongs to someone who's disoriented or in pain or *something*.

>                    WILL
>           No! Thank God. We're Sergeant
>           McLoughlin and Officer Jimeno. Port
>           Authority police. We're trapped
>           here!
>
>                    OFF-SCREEN VOICE
>              (hysterical)
>           Carrera!                                        *
>
>                    WILL
>           He's not here!

Will listens for a response.

>                    WILL (cont'd)
>           Hey!

Silence.

>                    WILL (cont'd)
>           HELLLP!

Nothing.

          WILL (cont'd)
What the hell?!?!

Yeah. The guy is gone.

          WILL (cont'd)
    (pissed)
This is bullshit! Who asks for Carrera-

          JOHN
    (interrupting)
-Jimeno.
    (beat as Will shuts up)
He was dazed or whatever. Or he coulda just died.

          WILL
We shoulda told him we were Carrera.

Will is quiet... and incredibly frustrated. John grimaces against another wave of pain.

          JOHN
You know, I don't even know your first name.

          WILL
It's Will.

          JOHN
I'm John.

They are silent, continuing to assess the situation. All they can hear are the crackling embers around them.

INT. JUDY JONAS' HOME, GOSHEN, NEW YORK - NOON

Donna and Lynne halfheartedly pick at cookies. Donna holds her cell phone. Judy points at the tv.

          JUDY
    (frustrated)
They keep showing the same thing. The buildings going down over and over and over.

          LYNNE
There's nothing else to show.

INT. THE HOLE - CONTINUOUS

      WILL
  Sarge!

John's eyes spring open.

      JOHN
  Yeah.

      WILL
  You weren't sleep--

      JOHN
  No.

Will continues to work on the cinderblocks with his handcuffs. He has chipped away maybe three inches worth of material.

      WILL
  This is working. With the cuffs.
  I'm getting through it.

Suddenly, there is a small POP. Will turns his head and watches an ember float down past his face into the nothingness beneath him.

POP.

Another ember floats past. This time it's a lot bigger.

CRRRAAAACK!

Okay. What the--- this time it's a freakin' fireball the size of a watermelon. It falls within six inches of Will, singeing the hair on his arm.

      WILL (cont'd)
  I got fire here.           *

And another ball falls. And another. They fall furiously through Will's space, passing into the void below.

John can't see any of this. Will panics.

      WILL (cont'd)
  Sarge!

      JOHN
  There's nothing I can do here!

50.

Will tries to dodge the flames, but he can't move.

          WILL
  We're gonna burn!

It falls faster and faster, until there is a waterfall of flame passing within inches of Will. Smoke fills up the hole and he chokes as he tries to shield his face.

And just when it seems like the entire space is aflame, a strong breeze comes up from below. Like a calming breath, this draft extinguishes the flames.

Will looks down at his arm - it is red and burned.

          WILL (cont'd)
     (measured)
  Where'd that goddam breeze come
  from?

          JOHN
  I got a draft here, coming up from
  below.

          WILL
  What the hell was that? The fire
  just goes out?

John says nothing. Will waits for an answer, then gets frustrated when none comes.

          WILL (cont'd)
  Why was that?!

          JOHN
  I don't know.

PING!

          JOHN (cont'd)
  What-

          WILL
  I don't-

PING!

          WILL (cont'd)
  HOLY SHIT.

          JOHN
  What???

69.

      CAITLIN
   Mom, come here.

As Donna passes through the kitchen on her way to the tv, we see that the kitchen is under renovation. There is spackle all over the walls, the counters are covered in temporary sheets of plywood, and there's a gaping hole in the floor where a wall used to be. She arrives at the tv, where CNN plays a press conference.

      NYFD OFFICIAL
   We believe that as many as half of
   the first 400 firefighters on the
   scene were killed.

This hits Donna for a moment. Judy looks at her, worried.

      DONNA
    (to the room)
   Jay was missing and he got out.
   John will too.


INT. THE HOLE - 5:45 PM

Will now uses his thumbnail on the cement. His right nail is already bloodied from the effort. So he works with his left. He is soaking wet with perspiration.

He hears John moan. What he does not see is that John's lips are blue.

John is failing.

      WILL
    (trembling)
   I'll take the cart.

      JOHN
   What?

      WILL
   That's what he said to me. I'll
   take the cart. Antonio.

      JOHN
   Rodrigues?

      WILL
   Yeah. If he hadn't switched places
   with me...

Silence.

70.

>JOHN
You got to tell people that. What he did.

>WILL
And Dominick. I made him come back and help me.

>JOHN
I gave him the order to stay-

>WILL
-I asked him to help me. There was time. He could've gotten out.

They sit with this for a moment. Will swallows.

>WILL (cont'd)
And Chris intending to go back up after he was cut so bad.

>JOHN
You tell them.

Will understands the subtext of this statement.

>WILL
>(insistent)
You tell them. You.

Pause. Will waits for an answer.

>WILL (cont'd)
Sarge?

John has tears in his eyes.

>JOHN
I ordered them in-

>WILL
-We chose to go in.

>JOHN
-How can a Sergeant live while his guys-

>WILL
-It was a choice.

>JOHN
No-

71.

> WILL
> Kazmatis said you were the best. You were the guy who knew everything down here. Dom, Antonio, Chris too. Nothing was gonna keep them from trying to help. We figured. Might as well follow the best guy in.

> JOHN
> The best...

> WILL
> They did what they needed to do. Couldn't have lived with themselves if they hadn't gone in. That's who they were.

John looks down at his arm. He sniffs back the tears.

> JOHN
> Yeah. Okay.
>     (beat)
> Thank you.

John tries as hard as he possibly can to reach the radio once again. It nearly takes the life out of him. But he makes it. Relief spreads across his face.

> JOHN (cont'd)
> McLoughlin and Jimeno. PAPD. Can someone read me?

Will looks up at the spot where the daylight had streamed in. He sees that it must be getting dark out.

> WILL
>     (yelling toward the top)
> 8-13!

INT. ALLISON'S HOUSE, CLIFTON, NEW JERSEY - 6:15 PM

Allison's little house is now stuffed full of people. Along with Jerry, Karen, Allison's parents and grandmother, WILLIAM and EMMA JIMENO, Will's Colombian immigrant parents, have arrived. Allison numbly stands in the middle of the noisy group.

> ALLISON
> I'm naming the baby Alyssa. It's what Will wanted.