UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------- X
:
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,
:
         Plaintiff,    :
                                         Civil Action No.
  v.    :

CHRIS MOUKARBEL,    :

         Defendant.    :
---------------------------------------------------------- X

## DECLARATION OF ANTOINETTE PEPPER IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, ANTOINETTE PEPPER, hereby declare as follows under penalty of perjury:

1. I am a paralegal at the law firm Loeb & Loeb LLP, attorneys for Plaintiff Paramount Pictures Corporation ("Paramount") in this action. I have personal knowledge of the facts sets forth herein, and have been authorized to submit this Declaration in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

2. I was directed to download from the website www.pointsofdeparture.net the twelve-minute film by Defendant Chris Moukarbel (the "Mourkarbel Film"). Attached hereto as Exhibit A is a true and correct copy of the Moukarbel Film which was copied onto a DVD.

3. I was also directed to conduct a line-by-line comparison of the Moukarbel Film against the screenplay for Paramount's film *World Trade Center*. The screenplay I used is dated 6/25/05. Attached hereto as Exhibit B is a true and correct copy of the comparison.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         June 14, 2006

                                                          */s/ Antoinette Pepper*
                                                          ANTOINETTE PEPPER