Exhibit A

DVD of Moukarbel Film