| TRANSCRIPT OF www.pointsofdeparture.net | WTC SCREENPLAY, 06/25/05 DRAFT | WTC SCREENPLAY, Page No. |
|---|---|---|
| VOICE<br>SO THE BOMBS WENT OFF IN THE STREET?<br><br>VOICE<br>THE PLANE WAS PROBABLY JUST A DIVERSION.<br><br>THEY BLEW UP A CAR, TRUCK, OR WHATEVER OUT ON THE STREET. THEY BLEW OUT THE LOBBY, THE WHOLE CONCOURSE COLLAPSED.<br>VOICE<br>THE WHOLE GODDAMNED CONCOURSE?<br>VOICE<br>I DUNNO. PROBABLY JUST THIS AREA.<br>VOICE<br>I DON'T KNOW.<br>VOICE<br>WE GOT TO FIGURE THIS THING OUT. WHERE IS THE LIGHT?<br><br>VOICE<br>I DUNNO. MAYBE 20 FEET.<br>I CAN'T SEE. THERE'S STILL SHIT EVERYWHERE. ALSO THERE'S FIRE BELOW.<br>SOMETHING'S BURNING.<br>VOICE<br>WHAT ELSE DO YOU SEE?<br>VOICE<br>BEAMS, PLASTER, NOTHING.<br><br>VOICE<br>PHYSICALLY. WHAT DO YOU GOT?<br>VOICE<br>MY LEG'S DOWN, I'M USELESS. I'VE GOT CONCRETE EVERYWHERE.<br>VOICE<br>YOU CAN'T MOVE IT AT ALL?<br>VOICE<br>NO. NO WAY.<br>VOICE<br>BUT YOU STILL GOT YOUR ARMS. YOU GOT TOOL OR SOMETHING YOU COULD USE TO GET IT OFF?<br>VOICE<br>I GOT MY CUFFS.<br>VOICE<br>WELL USE THEM.<br>VOICE<br>PAPD THIS IS MCLOUGHLIN AND JIMENO. WE'RE TRAPPED IN THE ELEVATOR VESTIBULE ON THE CONCOURSE BETWEEN TOWERS ONE AND TWO. DOES ANYBODY READ ME?<br>VOICE<br>YOU JUST GETTING STATIC?<br>VOICE<br>YEAH. | WILL<br>SO THE BOMBS EXPLODED OUT ON THE STREET?<br>JOHN<br>IT'S LIKE THEY DO IN ISRAEL.<br>AIRPLANE WAS THE FIRST WAVE. THEY WAITED UNTIL WE ALL GOT IN . COPS AND FIRE. THEN THEY BLEW UP A CAR OR TRUCK OR WHATEVER OUT ON THE STREET. BLEW OUT THE LOBBY. THE CONCOURSE COLLAPSED.<br>WILL<br>THE WHOLE GODDAMNED CONCOURSE?<br>JOHN<br>I DUNNO. PROBABLY JUST THIS AREA.<br>WILL<br>YOU THINK...<br>JOHN<br>WE GOT TO FIGURE THIS OUT. WHERE IS THE LIGHT?<br><br>WILL<br>I DUNNO. I CAN SEE MAYBE 20 FEET UP THERE'S STILL SHIT IN THE WAY.<br><br><br>JOHN<br>WHAT ELSE CAN YOU SEE?<br>WILL<br>BEAMS. PLASTER. NOTHING.<br><br>JOHN<br>PHYSICALLY. WHAT DO YOU GOT?<br>WILL<br>MY LEG'S DOWN, I'M USELESS. I GOT CONCRETE ALL OVER ME.<br>JOHN<br>AND THERE'S NO WAY YOU CAN MOVE IT?<br>WILL<br>NO. NO WAY.<br>JOHN<br>BUT YOU GOT YOUR ARMS. YOU GOT A TOOL THERE YOU COULD USE? HELP YOU GET IT OFF?<br>WILL<br>I GOT MY CUFFS<br><br><br>JOHN<br>PAPD MCLOUGHLIN AND JIMENO. WE'RE TRAPPED IN THE FREIGHT ELEVATOR VESTIBULE IN THE CONCOURSE BETWEEN TOWERS TWO AND ONE.<br>WILL<br>YOU JUST GETTING STATIC?<br>JOHN<br>YES. | 42<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>43<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>44 |

| TRANSCRIPT OF www.pointsofdeparture.net | WTC SCREENPLAY, 06/25/05 DRAFT | WTC SCREENPLAY, Page No. |
|---|---|---|
| VOICE<br>MAYBE THEY CAN READ US. MAYBE WE CAN'T HEAR THEM BUT THEY CAN HEAR US.<br>VOICE<br>MAYBE.<br><br>VOICE<br>YOU KNOW, I DON'T EVEN KNOW YOUR FIRST NAME. WHAT IS IT?<br>VOICE (John)<br>JOHN.<br>VOICE (Will)<br>I'M WILL. | WILL<br>MAYBE THEY CAN READ US. MAYBE WE'RE JUST NOT GETTING THEM BUT THEY CAN HEAR US.<br>JOHN<br>MAYBE<br><br>JOHN<br>YOU KNOW, I DON'T EVEN KNOW YOUR FIRST NAME.<br>WILL<br>IT'S WILL.<br>JOHN<br>I'M JOHN. | 45 |
| VOICE (Will)<br>SARGE!<br>VOICE (John)<br>YEAH?<br>VOICE (Will)<br>YOU WEREN'T SLEEPIN'...<br>VOICE (John)<br>NO. | WILL<br>SARGE!<br>JOHN<br>YEAH.<br>WILL<br>YOU WEREN'T SLEEP...<br>JOHN<br>NO. | 49 |
| VOICE (Will)<br>I THINK THIS IS WORKING. WITH THE CUFFS. I THINK I'M GETTING THROUGH IT.<br>VOICE (Will)<br>I GOT FIRE BALLS HERE.<br>VOICE (Will)<br>SARGE!<br>VOICE (John)<br>THERE'S NOTHING I CAN DO HERE.<br>VOICE (Will)<br>I'M GONNA BURN!<br>VOICE (Will)<br>WHERE'D THAT FUCKING BREEZE COME FROM?<br>VOICE (John)<br>I GOT A DRAFT DOWN HERE, COMING IN FROM BELOW.<br>VOICE (Will)<br>WHAT THE FUCK WAS THAT? THE FIRE JUST GOES OUT?<br>VOICE (Will)<br>WHY, WHY WAS THAT?<br>VOICE (John)<br>I DON'T KNOW. | WILL<br>THIS IS WORKING. WITH THE CUFFS. I'M GETTING THROUGH IT.<br>WILL<br>I GOT FIRE HERE.<br>WILL<br>SARGE!<br>JOHN<br>THERE'S NOTHING I CAN DO HERE.<br>WILL<br>WE'RE GONNA BURN!<br>WILL<br>WHERE'D THAT GODDAMN BREEZE COME FROM?<br>JOHN<br>I GOT A DRAFT HERE, COMING UP FROM BELOW.<br>WILL<br>WHAT THE HELL WAS THAT? THE FIRE JUST GOES OUT?<br>WILL<br>WHY WAS THAT?<br>JOHN<br>I DON'T KNOW. | 50 |
| VOICE (John)<br>WHAT?<br>VOICE (Will)<br>THAT'S WHAT HE SAID. I'LL TAKE THE CART. ANTONIO. | JOHN<br>WHAT?<br>WILL<br>THAT'S WHAT HE SAID TO ME. I'LL TAKE THE CART. ANTONIO. | 69 |

| TRANSCRIPT OF www.pointsofdeparture.net | WTC SCREENPLAY, 06/25/05 DRAFT | WTC SCREENPLAY, Page No. |
|---|---|---|
| VOICE (John)<br>RODRIGUES?<br>VOICE (Will)<br>YEAH. IF HE HADN'T SWITCHED WITH ME, HE WOULDN'T BE BURIED.<br>VOICE (John)<br>YOU'VE GOT TO TELL THEM WHAT HE DID.<br>VOICE (Will)<br>AND ABOUT DOMINICK HELPING ME, INSTEAD OF ESCAPING.<br><br>VOICE (Will)<br>AND CHRIS, INTENDING ON GOING BACK UP, EVEN AFTER HE GOT CUT SO BAD.<br>VOICE (John)<br>YOU GOTTA TELL PEOPLE THAT.<br>VOICE (Will)<br>YOU TELL THEM. YOU.<br>VOICE (Will)<br>SARGE.<br>VOICE (John)<br>I ORDERED THEM IN...<br>VOICE (Will)<br>YOU CHOSE TO GO IN.<br>VOICE (John)<br>A SERGEANT CAN"T LIVE WHILE HIS MEN...<br>VOICE (Will)<br>IT WAS OUR CHOICE.<br>VOICE (John)<br>NO.<br>VOICE (Will)<br>KAZMATIS SAID YOU WERE THE BEST. YOU WERE THE GUY WHO KNEW EVERYTHING DOWN HERE. ANTONIO, DOMINICK, CHRIS TOO. NOTHING WOULD HAVE STOPPED THEM FROM TRYING TO HELP. WE FIGURE WE MIGHT AS WELL FOLLOW THE BEST GUY IN.<br>VOICE (John)<br>THE BEST...<br>VOICE (Will)<br>THEY DID WHAT THEY HAD TO DO. COULDN'T HAVE LIVED IF THEY HADN'T GONE IN.<br><br>THAT'S WHO THEY WERE.<br>VOICE (John)<br>YEAH. OKAY.<br>THANKS.<br>MCLOUGHLIN AND JIMENO. PAPD. CAN ANYBODY READ ME? | JOHN<br>RODRIGUES?<br>WILL<br>YEAH. IF HE HADN'T SWITCHED PLACES WITH ME...<br>JOHN<br>YOU GOT TO TELL PEOPLE THAT. WHAT HE DID.<br>WILL<br>AND DOMINICK. I MADE HIM COME BACK AND HELP ME.<br>WILL<br>AND CHRIS INTENDING TO GO BACK UP AFTER HE WAS CUT SO BAD.<br>JOHN<br>YOU TELL THEM<br>WILL<br>YOU TELL THEM. YOU.<br>WILL<br>SARGE?<br>JOHN<br>I ORDERED THEM IN...<br>WILL WE CHOSE TO GO IN.<br>JOHN<br>HOW CAN A SERGEANT LIVE WHILE HIS GUYS...<br>WILL<br>IT WAS A CHOICE.<br>JOHN<br>NO.<br>WILL<br>KAZMATIS SAID YOU WERE THE BEST. YOU WERE THE GUY WHO KNEW EVERYTHING DOWN HERE. DOM, ANTONIO, CHRIS TOO. NOTHING WAS GONNA KEEP THEM FROM TRYING TO HELP. WE FIGURED. MIGHT AS WELL FOLLOW THE BEST GUY IN.<br>JOHN<br>THE BEST...<br>WILL<br>THEY DID WHAT THEY NEEDED TO DO. COULDN'T HAVE LIVED WITH THEMSELVES IF THEY HADN'T GONE IN.<br>THAT'S WHO THEY WERE.<br>JOHN<br>YEAH. OKAY.<br>THANK YOU.<br>MCLOUGHLIN AND JIMENO. PAPD. CAN SOMEONE READ ME? | 70<br><br>70<br><br>71 |