UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------- X
                                                               :
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,                                        :

                           Plaintiff,                          :
                                                                   Civil Action No.
          v.                                                   :

CHRIS MOUKARBEL,                                               :

                           Defendant.                          :
------------------------------------------------------------- X


### DECLARATION OF ALEXANDRA N. DENEVE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION


        I, ALEXANDRA N. DENEVE, hereby declare as follows under penalty of

perjury:

        1.       I am an attorney at Loeb & Loeb LLP, attorneys for Plaintiff Paramount

Pictures Corporation ("Paramount"). I have personal knowledge of the facts sets forth herein,

and have been authorized to submit this Declaration in support of Plaintiff's motion for a

temporary restraining order and preliminary injunction.

        2.       Attached to my declaration as Exhibit A is a true and correct copy of a

Print Screen of the website www.pointsofdeparture.net. Defendant Chris Moukarbel's film (the

"Moukarbel Film") can be viewed from this website. In the bottom left-hand corner of the

website, it states "12 minute movie, adapted from a bootleg script for Oliver Stone's soon to be

released film *World Trade Center*." The website also lists Defendant's email address,

chris_moukarbel@hotmail.com.

3.      Attached as Exhibit B is a true and correct copy of a Whois Record

printout identifying the registrant for the www.pointsofdeparture.net website as Defendant Chris

Moukarbel.  The Whois website is a database website that enables users to determine the

registered owners of domain names on the Internet.  I accessed this site and printed this record to

determine the registrant of the www.pointsofdeparture.net website.  On information and belief,

Defendant did at one time live at the New Haven address listed on Exhibit B, but since

registering the domain name in November 2005, has moved to this District.

4.      Attached to my declaration as Exhibits C and D respectively are printouts

from the websites at www.filmmakermagazine.com/blog/2006/06/advance-copy.php and

www.mcnblogs.com/mcindie/archives/2006/06/world_trade_cen.html.  Both of these sites

advertise and promote the Moukarbel Film and provide hyperlinks to the

www.pointsofdeparture.net website.   According to the Filmmaker Magazine site, the release of

the Moukarbel Film was released on the Internet "intentionally pre-empting [Oliver] Stone's film

release in August 2006."  (Exh. C)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:     New York, New York
           June 14, 2006

                                                    _____
                                                    ALEXANDRA N. DENEVE

2