Welcome **Guest!**

| Whois pointsofdeparture.net | Domain Suggestions | For Sale | Auctions | Domain Search | Domain Monitor | Do |
| Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | Logo Con |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy new | Advanced Auction |

**Text Link Ads**

Monetize Your Domains
Sell Text Link Ads and start earning cash for your space today.
www.text-link-ads.com

DomainSponsor.com
Get paid to Park your domains
Fastest Payout in the industry
www.domainsponsor.com

# Whois Record for Pointsofdeparture.net

## Page Information

**Record Type:** Domain Name

## Server Data

**IP Address:** 205.178.145.65 [W] [P] [D] [T]
**IP Location:** - Kansas - Ft. Leavenworth - Network Solutions Llc
**Blacklist Status:** Clear (history)
**SSL Cert:** No valid SSL on this Host
**Website Status:** Active
**Reverse IP:** 192,162 other sites hosted on this server

## Registry Data

**ICANN Registrar:** NETWORK SOLUTIONS, LLC.
**Created:** 07-Nov-2005
**Expires:** 07-Nov-2006
**Registrar Status:** REGISTRAR-LOCK
**Whois Server:** whois.networksolutions.com
**Name Server:** NS76.WORLDNIC.COM

## Whois Record

```
Registrant:
moukarbel, chris
   70 lawrence st apt9
   new haven, CT 06511
   US

   Domain Name: POINTSOFDEPARTURE.NET

   Administrative Contact, Technical Contact:
      moukarbel, chris                 chris.moukarbel@gmail.com
      70 lawrence st apt9
      new haven, CT 06511
      US
      646-413-8983
```

### Other TLDs

| .com | .net | .org | .info |
| Ra | Ra | ☐ | ☐ |

[Add to Cart]

### Monitor
Watch this domain for chang Monitor Tool.

### Reverse IP
There are 192,162 other site this webserver. View a samp Reverse IP.

### Backorder
Set a backorder so you can c pointsofdeparture.net when it available.

### Domains for Sale

**Domain**
DepartureLongue.org
OnDeparture.com
DailyDeparture.com
Departure360.com
WwwDepartureCentral.com
QuickDeparture.com
FastDeparture.com
Departure.org
LaneDeparture.com
LaneDepartureWarning.com

http://whois.domaintools.com/pointsofdeparture.net                                            6/5/2006

```
Record expires on 07-Nov-2006.
Record created on 07-Nov-2005.

Domain servers in listed order:

NS75.WORLDNIC.COM      205.178.190.38
NS76.WORLDNIC.COM      205.178.189.38
```

Members Area | Web Hosting | Cheap domain name registration | Whois | Domain Suggestions | Domain Search