# Movie City Indie

« Pulling the rug: on being Shatnered upon | Main | Manny show: recollecting Farber and art »

June 03, 2006

**World Trade Center: a prequel**

At Filmmaker, Scott Macauley points up twelve minutes of mischief by 28-year-old Yalie artist Chris Moukarbel that's been making the Euro gallery circuit: a 12-minute film adapted from a bootleg script of Oliver Stone's *World Trade Center* and its post-collapse setting, made with student actors. Over to you, Ollie; Sumner. [The entire project is at the link.]



Posted by Ray Pride at June 3, 2006 11:58 PM

Trackback Pings

TrackBack URL for this entry:
http://www.mcnblogs.com/movabletype/mt-tb.cgi/1105

Comments

Post a comment

You are not signed in. You need to be registered to comment on this site. Sign in