UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------- X
                                                           :
PARAMOUNT PICTURES CORPORATION,                            :
a Delaware corporation,                                    :
                                                           :
            Plaintiff,                                     :
                                                           :   Civil Action No.
      v.                                                   :
                                                           :
CHRIS MOUKARBEL,                                           :
                                                           :
            Defendant.                                     :
---------------------------------------------------------- X

**DECLARATION OF GERRY RICH IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Gerry Rich, hereby declare as follows under penalty of perjury:

1.  I am President, Worldwide Marketing at Paramount Pictures Corporation ("Paramount"). I have personal knowledge of the facts sets forth herein, and have been authorized to submit this Declaration in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

2.  My primary responsibilities include overseeing all marketing for Paramount's theatrical releases worldwide.

3.  I have been involved in all aspects of the marketing and promotion for the motion picture *World Trade Center* (the "WTC Film"). The WTC Film is scheduled for a wide release on more than 1500 theater screens nation wide on August 9, 2006. Paramount started promoting the WTC Film in April 2006, and will continue to advertise and promote the WTC Film through its release date. Paramount anticipates spending approximately $40 million advertising and releasing the WTC Film.

4. Due to the subject matter of the WTC Film, and the reputation of its director, Oliver Stone, the WTC Film has received a substantial amount of advance publicity in the press for the past six months, and it is a highly anticipated film. Paramount expects the WTC Film to be one of its major summer releases.

5. I am aware that a movie made from a bootleg script of the WTC Film has been released on the Internet (the "Moukarbel Film"). I have substantial concerns about the impact of the Moukarbel Film on the reputation and the value of the WTC Film. The WTC screenplay was written and the film was made with the blessing and the cooperation of Mr. Jimeno and Mr. McLoughlin. Paramount owns the rights to the WTC Screenplay, and thus the right to be the first and the only entity to tell this important story. The Moukarbel Film deprives Paramount of that valuable right.

6. Further, an enormous amount of effort, talent, and expense has been devoted to making a motion picture that will honor the courage and heroism of the many selfless rescue workers and civilians who came to the aid of their neighbors and colleagues on 9/11. A comparable amount of resources have been devoted to ensuring that the WTC Film is marketed to the public in a manner that is respectful and appropriate in light of the story being told. Some of the most talented people in the film business, including Oscar winners Oliver Stone and Nicolas Cage, were engaged to direct and act in this film.

7. My understanding is that the Moukarbel Film was made for very little money with student actors, meaning that its quality is obviously much lower than that of the WTC Film. The release of the Moukarbel Film on the Internet before Paramount's WTC Film means that unquantifiable but, most likely, large numbers of people will see the Moukarbel Film first for free and determine, based on this poor-quality copy, that they do not want to pay to see

the remainder of the WTC Film at a theater when it is released. They may even mistakenly believe that the Moukarbel Film is sanctioned by Paramount and represents the quality of the WTC Film, which harms the reputation of Paramount, the artists involved, and indeed denigrates the story itself.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Los Angeles, California
         June 14, 2006

_____
GERRY RICH