UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------ X
: 
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,
:
          Plaintiff,                       :    Civil Action No.

v.                                               :

CHRIS MOUKARBEL,                 :

          Defendant.                   :
------------------------------------------------------------ X

**DECLARATION OF PAMELA ABDY IN SUPPORT OF PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, PAMELA ABDY, hereby declare as follows under penalty of perjury:

      1.    I am a Senior Vice President of Production at Paramount Pictures Corporation ("Paramount"). I have held this position since roughly July 2003. I have personal knowledge of the facts sets forth herein, and have been authorized to submit this Declaration in support of Plaintiff's motion for a temporary restraining order and preliminary injunction.

      2.    My primary responsibilities include acquiring scripts or other materials for potential theatrical motion pictures, and overseeing all aspects of development and production on my projects.

      3.    I am the senior creative executive on the theatrical motion picture *World Trade Center*, directed by renowned filmmaker Oliver Stone and starring Oscar-winning actor Nicolas Cage, as well as actors Michael Pena, Maggie Gyllenhaal, and Mario Bello (the "Film"). I have been involved in all aspects of development and production of the Film since the inception of the project at Paramount, including casting, filming and post-production.

4. Paramount acquired all rights to, and is the sole owner of, the screenplay for the Film written by Andrea Berloff (the "Screenplay").

5. I have read the June 25, 2005, version of the Screenplay, which I understand is the copy that was registered with the United States Copyright Office. While a few changes were made in the final shooting script, the final film is substantially based on the June 25, 2005, Screenplay.

6. The Screenplay and Film tell the true story of John McLoughlin and Will Jimeno, two Port Authority officers who were two of the last people to be rescued from the remains of the World Trade Center on September 11, 2001, after being trapped underneath the rubble for many hours. The Film has been produced with the full cooperation and support of Mr. McLoughlin and Mr. Jimeno.

7. The Film is the first motion picture to tell this particular story of 9-11. The Film honors the heroism and courage of many Americans who were touched by the events of 9-11.

8. Production on the Film commenced on October 19, 2005, and was completed on February 9, 2006. All post-production, including the reproduction of film prints, is scheduled to be completed by July 31, 2006.

9. The Film is scheduled for nation wide theatrical release on August 9, 2006.

10. The total production cost in developing the Film is approximately $60 million.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Los Angeles, California
June 14, 2006

*Pamela Abdy*
PAMELA ABDY