UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------X
:
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,                                :

        Plaintiff,                    :
                                          Civil Action No.
     -against-                           :

CHRIS MOUKARBEL,                               :

        Defendant.                   :
------------------------------------------------------------X

**LOCAL RULE 65.1 STATEMENT**

        Pursuant to Rule 65.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, on June 15, 2006: Plaintiff Paramount Picture Corporation's Counsel Alexandra DeNeve provided notice to Defendant Chris Moukarbel of Plaintiff's intention to seek a temporary restraining order on June 16, 2006, at 10 a.m. against Defendant through an electronic mail message which attached all pleadings filed with the Court in this matter; attached hereto as Exhibit 1 (June 15, 2006, electronic mail from Alexandra DeNeve to Chris Moukarbel). Plaintiff elected to notify Defendant by electronic mail only after attempting and failing to serve him at the address provided as his residence on his credit report.

Dated: 6/16/06

Respectfully submitted,

*[signature]*

Stanley M. Brand (D.C. Bar No. 213082)
Andrew D. Herman (D.C. Bar No. 462334)
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 662-9700
Fax: (202) 737-7565

Jonathan Zavin
Alexandra N. DeNeve
Sunny S. Park
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990

Attorneys for Plaintiff
Paramount Pictures Corporation