Exhibit 1

## Andrew Herman

| | |
|---|---|
| From: | Alexandra DeNeve [adeneve@loeb.com] |
| Sent: | Thursday, June 15, 2006 4:24 PM |
| To: | chris_moukarbel@hotmail.com |
| Cc: | Alexandra DeNeve; Andrew Herman |
| Subject: | Paramount v. Moukarbel: Notice of TRO Motion |

Dear Mr. Moukarbel:
We intend to seek a temporary restraining order against you based on the attached papers tomorrow, June 16, 2006, at 10 a.m. at the Federal District Courthouse for the District of Columbia. 333 Constitution Avenue, N.W., Washington, D.C., 20001.

<<CMProposed Order Granting Plaintiff's Motion for Temporary Restraining Order.pdf>> <<CMDeclaration of Alexandra N. Deneve in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMDeclaration of Antoinette Pepper in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMDeclaration of Gerry Rich in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMDeclaration of Karen Magid in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMDeclaration of Pamela Abdy in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit A for Declaration of Alexandra N. Deneve in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit A for Declaration of Antoinette Pepper in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit A for Declaration of Karen Magid in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit B for Declaration of Alexandra N. Deneve in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit B for Declaration of Antoinette Pepper in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit B for Declaration of Karen Magid in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit C for Declaration of Alexandra N. Deneve in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMExhibit D for Declaration of Alexandra N. Deneve in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMPlaintiff Paramount Pictures Corporation's Motion for a Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMPlaintiff's Memorandum of Law in Support of Its Motion for Temporary Restraining Order and Preliminary Injunction.pdf>> <<CMProposed Order Granting Plaintiff's Motion for Preliminary Injunction.pdf>> <<CMComplaint for Copyright Infringement.pdf>>



**Alexandra N. DeNeve**

Attorney At Law

345 Park Avenue
New York, NY 10154-1895
www.loeb.com

Direct 212.407.4816
Main 212.407.4000
Fax 212.504.3196
adeneve@loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

6/16/2006