**FILED**
JUN 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS MOUKARBEL,<br><br>    Defendant. | Civil Action No.:<br><br>CASE NUMBER  1:06CV01108<br><br>JUDGE: Gladys Kessler<br><br>DECK TYPE: TRO/Preliminary Injunction<br><br>DATE STAMP: 06/16/2006 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. DENEVE

Pursuant to Local Civil Rule 83.2(d) of the United State District Court for the District of Columbia, Plaintiff, by and through its counsel, Stanley F. Brand, of the Brand Law Firm, respectfully moves for an order of this Court admitting *pro hac vice* Alexandra N. DeNeve as co-counsel of record to represent Plaintiff in the above-referenced matter.

1.   Stanley F. Brand is a partner of Brand Law Group, 923 Fifteenth Street, N.W., Washington, D.C. 20005, telephone (202) 662-9700. He is a member in good standing with the Bar of this Court, and represents Plaintiff in the above-referenced matter.

2.   Alexandra N. DeNeve is an associate of the law firm of Loeb & Loeb LLP. Her business address is 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

3.   Alexandra N. DeNeve is a member in good standing of the Bar of the State of New York and the Bar of the State of Illinois. Ms. DeNeve is also admitted to the United States District Courts for the Northern District of Illinois, the Southern, Eastern, Northern and Western

Districts of New York, the Eastern and Western Districts of Michigan, and the United States Court of Appeals for the Seventh and Federal Circuits. Ms. DeNeve (a) has not been the subject of any disciplinary action by any bars or courts; (b) has not been denied admission to the bar of or to practice before any state or federal court; (c) has no disciplinary proceedings or criminal matters pending against her; (d) has acquired extensive litigation experience in state and federal courts since her admission to the bar; (e) does not reside within the District of Columbia; and (f) is familiar with the local rules of this District and will comply with them.

    WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion.

Dated: _____

Respectfully submitted,

*/s/ for Stanley M. Brand*

Stanley F. Brand (D.C. Bar No. 213082)
BRAND LAW GROUP
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700 (telephone)
(202) 737-7565 (facsimile)

Attorneys for Plaintiff
Paramount Pictures Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHRIS MOUKARBEL, <br><br> Defendant. | Civil Action No.: |

**DECLARATION OF ALEXANDRA N. DENEVE**

I, Alexandra N. DeNeve, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an associate with the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

2. I am a member in good standing of the Bar of the State of New York and the Bar of the State of Illinois. I am admitted to the United States District Court for the Northern District of Illinois, the Eastern and Western Districts of Michigan, the Southern, Northern, Eastern and Western Districts of New York, and the United States Court of Appeals for the Seventh and Federal Circuits. I have not been denied admission to the bar of or to practice before any state or federal court.

3. I have not been the subject of any disciplinary action by any bars or courts, and have no disciplinary proceedings or criminal matters pending against me.

4.  In the preceding two years, I have been admitted to appear *pro hac vice* in the following causes: <u>Metro-Goldwyn-Mayer Pictures Inc. v. DOES 1 – 10</u>, Civil Case No. 04-2005 (JR) (Robertson, J.); <u>Twentieth Century Fox Film Corporation, et al. v. Does 1 – 9</u>, Case No. 1:04-cv-02006-EGS; <u>Lions Gate Films, Inc., et al. v. Does 1 – 5</u>, Case No. 1:05-cv-386; <u>Paramount Pictures Corporation, et al., v. Does 1 – 29</u>, Case No. 1:05-cv-01103; and <u>Universal City Studios Productions LLLP, et al. v. Does 1 -28</u>, Case No. 1:05-cv-01104-PLF.

5.  I do not reside within the District of Columbia, am not a member of the District of Columbia Bar, and have no application for membership pending therewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 14 June, 2006 in New York, New York

_____
Alexandra N. DeNeve

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS MOUKARBEL,<br><br>Defendant. | Civil Action No.: |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. DENEVE

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Alexandra N. DeNeve to the Bar of this Court in the above-captioned action, and the Declaration of Alexandra N. DeNeve attached thereto, it is hereby ordered that Alexandra N. DeNeve is admitted in this case as counsel *pro hac vice* for Plaintiff.

Dated:_____          _____
                                  United States District Judge