UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,

                Plaintiff,

v.

CHRIS MOUKARBEL,

                Defendant.

CASE NUMBER 1:06CV01108

JUDGE: Gladys Kessler

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 06/16/2006

## MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN ZAVIN

Pursuant to Local Civil Rule 83.2(d) of the United State District Court for the District of Columbia, Plaintiff, by and through its counsel, Stanley F. Brand, of the law firm of Brand Law Group, respectfully moves for an order of this Court admitting *pro hac vice* Jonathan Zavin as co-counsel of record to represent Plaintiff in the above-referenced matter.

1.    Stanley F. Brand is a partner of the law firm of Brand Law Group, 923 Fifteenth Street, N.W., Washington, D.C. 20005, telephone (202) 662-9700. He is a member in good standing with the Bar of this Court, and represents Plaintiff in the above-referenced matter.

2.    Jonathan Zavin is a partner in the law firm of Loeb & Loeb LLP. His address is 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

3.    Jonathan Zavin is a member in good standing of the Bar of the State of New York. Mr. Zavin is admitted to the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second, Third, Fourth, Fifth, Seventh, and Eighth Circuits, respectively. He (a) has not been the subject of any disciplinary action by any

6

bars or courts; (b) has not been denied admission to the bar of or to practice before any state or federal court; (c) has no disciplinary proceedings or criminal matters pending against him; (d) has acquired extensive litigation experience in state and federal courts since his admission to the bar; (e) does not reside within the District of Columbia; and (f) is familiar with the local rules of this District and will comply with them.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted,

Dated: 6/16/06

*/for Stanley M. Brand/*

Stanley F. Brand (D.C. Bar No. 213082)
BRAND LAW GROUP
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700 (telephone)
(202) 737-7565 (facsimile)

Attorneys for Plaintiff
Paramount Pictures Corporation

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS MOUKARBEL,<br><br>Defendant. | Civil Action No.: |

## DECLARATION OF JONATHAN ZAVIN

I, Jonathan Zavin, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.  I am a partner in the law firm of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-0037, telephone (212) 407-4000.

2.  I am a member in good standing of the Bar of the State of New York. I am admitted to the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second, Third, Fourth, Fifth, Seventh, and Eighth Circuits, respectively. I have not been denied admission to the bar of or to practice before any state or federal court.

3.  I have not been the subject of any disciplinary action by any bars or courts, and have no disciplinary proceedings or criminal matters pending against me.

4. In the preceding two years, I have been admitted to appear *pro hac vice* in the following causes: Metro-Goldwyn-Mayer Pictures Inc. v. DOES 1 – 10, Civil Case No. 04-2005 (JR) (Robertson, J.); Twentieth Century Fox Film Corporation, et al. v. Does 1 – 9, Case No. 1:04-cv-02006-EGS; and Lions Gate Films, Inc. et al. v. Does 1 -5, Case No. 1:05-cv-386.

5. I do not reside within the District of Columbia, am not a member of the District of Columbia Bar, and have no application for membership pending therewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 14, 2006 in New York, New York.

_____
Jonathan Zavin

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS MOUKARBEL,<br><br>Defendant. | Civil Action No.: |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN ZAVIN**

AND NOW, this ____ day of _____, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Jonathan Zavin to the Bar of this Court in the above-captioned action, and the Declaration of Jonathan Zavin attached thereto, it is hereby ordered that Jonathan Zavin is admitted in this case as counsel *pro hac vice* for Plaintiff.

Dated:_____        _____
                                United States District Judge