UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,

           Plaintiff,

v.

CHRIS MOUKARBEL,

           Defendant.

Civil Action No.: 06-1108

FILED

JUN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. DENEVE

AND NOW, this 16th day of June, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Alexandra N. DeNeve to the Bar of this Court in the above-captioned action, and the Declaration of Alexandra N. DeNeve attached thereto, it is hereby ordered that Alexandra N. DeNeve is admitted in this case as counsel *pro hac vice* for Plaintiff.

Dated: 6/16/06

_____
United States District Judge