UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,

Plaintiff,

v.

CHRIS MOUKARBEL,

Defendant.

Civil Action No.: 06-1108

FILED

JUN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN ZAVIN

AND NOW, this 16th day of June, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Jonathan Zavin to the Bar of this Court in the above-captioned action, and the Declaration of Jonathan Zavin attached thereto, it is hereby ordered that Jonathan Zavin is admitted in this case as counsel *pro hac vice* for Plaintiff.

Dated: 6/16/06

_____
United States District Judge