UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------ X
                                                             :
PARAMOUNT PICTURES CORPORATION,                              :
a Delaware corporation,                                      :
                                                             :
            Plaintiff,                                     :
                                          Civil Action No. 1:06CV01108
       v.                                                         :
                                                             :
CHRIS MOUKARBEL,                                             :
                                                             :
            Defendant.                                     :
------------------------------------------------------------ X

### JOINT MOTION TO ADJOURN THE PRELIMINARY INJUNCTION HEARING AND CONTINUE THE TEMPORARY RESTRAINING ORDER

        Plaintiff Paramount Pictures Corporation ("Paramount") and Defendant Chris Moukarbel ("Defendant") by their attorneys, jointly bring this motion to adjourn the scheduled preliminary injunction motion and continue the temporary restraining order. In support of their motion, the parties hereby represent:

        1.     On June 16, 2006, Paramount filed a motion for a temporary restraining order and a preliminary injunction against Defendant, and on that same day, this Court entered a temporary restraining order against the Defendant.

        2.     On June 21, 2006, this Court set a hearing on Paramount's motion for a preliminary injunction for June 29, 2006, at 10:00 a.m.

        3.     Since the entry of the temporary restraining order, the parties have engaged in settlement discussions and have reached a settlement in principle. However, the specific terms of the settlement continue to be negotiated and no formal settlement has been executed by the parties.

NY498731.1
20282810023
06/27/2006 rt

4.  The parties have agreed that it is in their mutual interest to adjourn the hearing for the preliminary injunction to allow them time to complete the settlement negotiations. Defendant has consented to the continuation of the temporary restraining order against him during the period that the preliminary injunction hearing is adjourned.

5.  By this motion, Defendant does not concede the jurisdiction of this Court, and expressly reserves his right to object thereto.

WHEREFORE, the parties mutually and respectfully request that this Court adjourn the hearing for a preliminary injunction for a period of not less than thirty (30) days from June 29, 2006, and extend the temporary restraining order for that same period of time.

Dated: 6/27/06

Respectfully submitted,

*Stanley M. Brand/amh*

BRAND LAW GROUP
Stanley M. Brand
D.C. Bar #213082
Andrew D. Herman
D.C. Bar #462334
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

LOEB & LOEB LLP
Jonathan Zavin
Alexandra N. DeNeve
Sunny S. Park
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000

*Attorneys for Plaintiff*
*Paramount Pictures Corporation*

_David B. Goldstein_ /csk

RABINOWITZ, BOUDIN, STANDARD, KRINSKY
& LIEBERMAN, PC
David B. Goldstein
DC Bar #NY0034
Christopher J. Klatell
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254 1111

*Attorneys for Defendant Christopher*
*Moukarbel*