**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PARAMOUNT PICTURES CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1108 (RCL)** |
| | ) | |
| **CHRIS MOUKARBEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Joint Motion [10] to Adjourn the Preliminary

Injunction Hearing and Continue the Temporary Restraining Order.  Upon consideration of this

motion, it is hereby

ORDERED that the joint motion is GRANTED and it is further

ORDERED that the hearing for a Preliminary Injunction is adjourned for a period of not

less than 30 days from June 29, 2006 and the Temporary Restraining Order entered on June 16,

2006 is extended until 5:00 pm on August 10, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, June 28, 2006.