UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------X
:
PARAMOUNT PICTURES CORPORATION,
a Delaware corporation,
:
        Plaintiff,      :  Civil Action No. 1:06CV01108

    v.                   :  Judge Royce C. Lamberth

CHRIS MOUKARBEL,      :

        Defendant.     :
---------------------------------------------------------X

## CONSENT ORDER, PERMANENT INJUNCTION AND NOTICE OF DISMISSAL
## WITH PREJUDICE

WHEREAS, plaintiff Paramount Pictures Corporation ("Plaintiff") owns and controls the copyright in and to the screenplay for the motion picture WORLD TRADE CENTER (the "Copyrighted Screenplay");

WHEREAS, this action (the "Action") having been commenced by Paramount against defendant Chris Moukarbel ("Defendant") in this Court;

WHEREAS, Defendant consents to the jurisdiction of this Court;

WHEREAS, Plaintiff and Defendant have entered into a Settlement Agreement ("the Settlement Agreement"), and have agreed to entry of the permanent injunction herein as set forth below;

NOW, therefore, upon the consent of the parties hereto, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

    1.    Defendant concedes that he created and distributed without authorization a motion picture (the "Moukarbel Film") that is a virtually identical copy of a substantial portion of the Copyrighted Screenplay, thereby violating Plaintiff's exclusive rights of

reproduction and distribution protected under the Copyright Act of 1976 (17 U.S.C. § 101 *et seq.*)

2.  Defendant is permanently enjoined and restrained from directly or indirectly infringing Plaintiff's rights in the Copyrighted Screenplay and any motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff that is based on the Copyrighted Screenplay, including without limitation, reproducing or copying the Copyrighted Screenplay or the Moukarbel Film, distributing the Copyrighted Screenplay or the Moukarbel Film, or making the Copyrighted Screenplay or the Moukarbel Film available for distribution to the public.

3.  Defendant is ordered to make all reasonable efforts to remove from distribution any and all copies of the Moukarbel Film which he has distributed and/or caused to be distributed throughout the world, to destroy all copies of the WTC Script in his possession, custody or control, and to destroy all copies of the Moukarbel Film in his possession or which may come into his possession, except for one copy for his personal use, which he may not reproduce, transmit, distribute or publicly display, and copies in the possession of counsel.

4.  This action is hereby dismissed with prejudice, except the District Court shall retain jurisdiction over this action for purposes of enforcement of this Order and Permanent Injunction issued herein.

5. All parties shall bear their own attorneys' fees and costs.

*[signature]*
BRAND LAW GROUP
Stanley M. Brand
D.C. Bar #213082
Andrew D. Herman
D.C. Bar #462334
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700

LOEB & LOEB LLP
Jonathan Zavin
Alexandra N. DeNeve
Sunny S. Park
345 Park Avenue
New York, NY 10154-0037
Telephone: (212) 407-4000

*Attorneys for Plaintiff*
*Paramount Pictures Corporation*

*[signature] David B. Goldstein /by CJK*
RABINOWITZ, BOUDIN, STANDARD, KRINSKY &
LIEBERMAN, PC
David B. Goldstein
DC Bar #NY0034
Christopher J. Klatell
111 Broadway, 11th Floor
New York, New York 10006
Telephone: (212) 254 1111

*Attorneys for Defendant Christopher Moukarbel*